# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Randal A. DeShazer<br>Attorney at Law, Bar No. 2337 | Case No.: 2:17-ms-00057<br><br>**ORDER OF SUSPENSION** |

On July 11, 2017, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of August 7, 2017.  However, the Order to Show Cause was returned from the United States Postal Service marked "Return to Sender - Unclaimed - Unable to Forward – Return to Sender."  The Order to Show Cause provided Mr. DeShazer with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court.  No response has been received from Mr. DeShazer.  Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Randal A. DeShazer, Nevada State Bar No. 2337, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this __17__ day of August, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this <u>22nd</u> day of August, 2017, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Randal A. DeShazer
    961 Pack Saddle Court
    Henderson, NV 89014

    Certified Mail No.:   7016 2140 0000 1723 3898

<u>/s/ Michael Zadina</u>
Deputy Clerk
United States District Court,
District of Nevada